UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE
MDD_TJSchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
Fax (410) 962-3630

November 12, 2015

LETTER TO COUNSEL

Re: *Hodges v. McCabe, Weisberg & Conway, LLC*
Case No. TJS-15-2248

Dear Counsel:

The above-referenced case was referred to me for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301.4, on October 29, 2015. (ECF No. 13.) I note that the parties have filed notice of their consent to proceed before a United States Magistrate Judge. (ECF Nos. 16 & 17.) I also note that this case has been referred to Judge Gallagher for a settlement conference.

As requested by the parties (ECF No. 10 ¶ 2), all discovery deadlines in the Scheduling Order entered by Judge Russell (ECF No. 9) are stayed pending the outcome of the parties' settlement conference. Counsel may engage in discovery prior to the settlement conference, but only if they jointly agree to do so. Counsel shall submit a joint status report to me no later than seven (7) days after the conclusion of the settlement conference.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Timothy J. Sullivan
United States Magistrate Judge