# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DENA HODGES** | * |
| Plaintiff, | * |
| v. | *   Civil Action Number: 1:15-cv-2248-GLR |
| **MCCABE, WEISBERG & CONWAY, P.C.** | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Judicial Approval of Settlement filed by Plaintiff Dena Hodges (hereinafter, "Plaintiff") and Defendant McCabe, Weisberg & Conway, P.C. (hereinafter referred to as "Defendant"), the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendant (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that Plaintiff has been afforded complete relief on her Fair Labor Standards Act ("FLSA") claims for unpaid wages and overtime. Complete relief renders a case moot, as recently recognized in *Genesis Healthcare Corp. v. Symcyk*, 133 S.Ct. 1523 (2013). *See also Simmons v. United Mortgage and Loan Investment, LLC*, 634 F.3d 754 (4th Cir. 2011).

2. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 2949047, at * 3 (D.Md. June 13, 2013).

3. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

4. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and counsel for Plaintiff have provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bear a reasonable relationship to the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and this case is DIMISSED WITH PREJUDICE.

_____
The Honorable Timothy J. Sullivan
United States District Judge

April 11, 2016